NOVEMBER 14, 1995

No. 95–6711 (A–414). SIDEBOTTOM v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 15, 1995

No. 95–6023. SPIRKO v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 95–6753 (A–427). SIDEBOTTOM v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 21, 1995

No. 95–6831 (A–445). DELVECCHIO v. ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

NOVEMBER 22, 1995

No. 95–129. EXXON CO., U. S. A., ET AL. v. SOFEC, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 95–232. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 95–386. RICHARDS ET AL. v. JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. Certiorari granted.